UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSTIN ETTINGER,

    PLAINTIFF,

V.

COMMISSIONER OF SOCIAL SECURITY,

    DEFENDANT.

CASE NO. 06-13754

HONORABLE ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

MAGISTRATE JUDGE
MONA K MAJZOUB

/

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION [D/E # 15]

The Court having reviewed the Magistrate Judge's Report and Recommendation filed June 26, 2007, as well as the administrative record, and having received no objections from either side,

**IT IS HEREBY ORDERED** that the Report is **ACCEPTED** and **ENTERED** as the findings and conclusions of this Court.

As a result, Defendant's Motion for Summary Judgment [D/E # 13] is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED** [D/E # 8] and the case is **DISMISSED**.

_____
Arthur J. Tarnow
United States District Judge

Dated: AUG 17 2007

FILED
AUG 17 2007
CLERK
U.S. DISTRICT COURT
EASTERN MICHIGAN